IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERTON HEALTHCARE CONSULTING, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRIMARY PHYSICIANCARE, INC. | : | NO. 11-4568 |

### ORDER RE: MOTION TO DISMISS AND FOR A MORE DEFINITE STATEMENT

AND NOW, on this 6th day of December, 2011, upon careful consideration of Defendant Primary PhysicianCare, Inc.'s motion to dismiss the complaint of Plaintiff Kimberton Healthcare Consulting, Inc. d/b/a DialysisPPO for failure to state a claim and for a more definite statement pursuant to Rules 12(b)(6) and 12(e) of the Federal Rules of Civil Procedure, and the parties' briefing, and for the reasons set forth in the accompanying Memorandum of Law, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-4568 Kimberton Healthcare v Primary Healthcare\Kimberton Order MTD.wpd